UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TRANSATLANTIC REINSURANCE
COMPANY and FAIR AMERICAN
INSURANCE AND REINSURANCE
COMPANY, *formerly known as* Putnam
Reinsurance Company,

                Petitioners,

    - against -

NATIONAL INDEMNITY COMPANY,

                Respondent.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/22/2014

**ORDER**

14 Civ. 2109 (ER)

RAMOS, D.J.:

    For the reasons set forth on the record of the proceedings held before the undersigned on July 22, 2014, Petitioners' petition to compel Respondent to submit to arbitration is DENIED.

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated:    July 22, 2014
             New York, New York

                                                      Edgardo Ramos, U.S.D.J.